UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

William A. James

                    Defendant.
-----------------------------------------------------------------

Case No.: 19 MAG 9041 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 22nd day of October, 2020
Poughkeepsie, New York